# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

NORMAN MOUILLE & MOLLY
MOUILLE

NO. 2020 CW 0813

VERSUS

TORANCE GLENN JONES II, ET
AL

**NOVEMBER 09, 2020**

---

In Re:   The Louisiana Department of Public Safety &
         Corrections (Office of State Police), applying for
         supervisory writs, 18th Judicial District Court,
         Parish of Pointe Coupee, No. 48927.

---

**BEFORE:   GUIDRY, LANIER, AND WOLFE, JJ.**

   **WRIT DENIED.**

                        **JMG**
                        **WIL**
                        **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT